# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                    CASE NO. 20-40097-TC

**STEVEN M. SIMON,**

    **Defendant.**

# INFORMATION

**THE UNITED STATES ATTORNEY ALLEGES**:

### Count One

**42 U.S.C. § 1320a-7b(b)**
**(Solicit or Receive Health Care Kickback)**

On or about April 18, 2017, in the District of Kansas, the defendant,

**STEVEN M. SIMON,**

did knowingly and willfully solicit remuneration, directly or indirectly, in return for referring individuals for the furnishing or arranging for the furnishing of any item or service for which payment may be made in whole or in part under Medicare, a federal health care program.

All in violation of Title 42, United States Code, Section 1320a-7b(b).

STEPHEN R. McALLISTER
United States Attorney

December 28, 2020
DATE

/s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
316-269-6484 (fax)
K.S.Ct.No. 12729
debra.barnett@usdoj.gov