UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**            )   Case Number:   **20-40097**
                                          )
                          Plaintiff,     )
                                          )
**vs.**                                   )
                                          )
**STEVEN SIMON,**                         )
                                          )
                          Defendant.     )
_____   )   Date of Hearing:   **4/22/21**

## CRIMINAL MINUTE SHEET – SENTENCING PROCEEDINGS

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| INTERPRETER: | **N/A**              ☐ Sworn |

**APPEARANCES:**   *court and parties appear by:*   **in person**
- UNITED STATES OF AMERICA:   **Debra Barnett**
- DEFENDANT'S COUNSEL:   **Marilyn Keller/James Robert Wyrsch**
- DEFENDANT:   ☒ IN PERSON / ☒ IN CUSTODY
- UNITED STATES PROBATION:   **Cassidi Lundell**

**CHARGE(S) OF CONVICTION:**

OFFENSE(S):   Count 1:   Title 42, U.S.C. § 1320a7b(b), solicit or receive health care kickbacks.

**PROCEEDINGS:**
☒ **Defendant sworn**
☒ **Presentence Investigation Report sealed and made part of the record**
☒ **Objections to Presentence Investigation Report:**   ☒ **NO**
☒ **Other:** Based on its rulings, Court finds that the Defendant's total offense level is 4 and the Defendant's criminal history category is I.

**IMPOSITION OF SENTENCE:**
☐ **Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of:**
        ☐ _____   ☐ Time Served   ☐ Other:
☒ **Defendant shall be placed on supervised probation for a term of:**
        ☒ **3 years**
☒ **Court adopts mandatory, standard, and special conditions of supervision as set forth in PSR**
☒ **Fine:**   ☒ **$100,000.00 - pd. to the clerk's office**
☒ **Mandatory Special Assessment fee: $100.00** – pd. to the clerk's office
☒ **Other:** Special Conditions of Supervision as described in Part D of Second Amended Presentence Investigation Report.
☒ **Defendant advised of right to appeal judgment and sentence**