# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CR-40097-TC |
| | ) |
| STEVEN M. SIMON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now on this 1st day of November, 2022, the above captioned matter comes on before the Court on Defendant Simon's Motion for Early Termination of Probation (Doc. #28). After being duly advised in the matter, the United States Attorney having no objection, and, good cause appearing, it is hereby ordered that the probation of Defendant Steven M. Simon is hereby terminated.

IT IS SO ORDERED.

Dated:   November 1, 2022

                                                                        __s/   Toby Crouse_____
                                                                        Honorable Toby Crouse
                                                                        United States District Court Judge